IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOSS INC., | ) | |
| | ) | 4:11CV3079 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JANET NAPOLITANO, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The court's prior order, (filing no. 15), is striken.

2) The plaintiff's response to defendant's motion for additional time to file an answer or response to the plaintiff's complaint, (filing no. 14), shall be filed on or before August 25, 2011.

3) No reply shall be filed absent leave of the court for good cause shown.

DATED this 19th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge